No. 02–9244. IN RE SACCO. Petition for writ of mandamus and/or prohibition denied.

No. 02–819. KONTRICK v. RYAN. C. A. 7th Cir. Certiorari granted.

No. 02–1036. WESTINGHOUSE ELECTRIC CORP. ET AL. v. FREIER, INDIVIDUALLY, AS ADMINISTRATOR OF THE ESTATE OF FREIER, DECEASED, ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1099. MIRELES ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1103. HOGROBROOKS v. PARK PLACE ENTERTAINMENT, DBA BALLY'S SALOON & GAMBLING HALL. C. A. 5th Cir. Certiorari denied.

No. 02–1167. VIRGINIA VERMICULITE, LLC v. HISTORIC GREEN SPRINGS, INC. C. A. 4th Cir. Certiorari denied.

No. 02–1189. ORTIZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–1208. MEADE v. DECISIONS OF THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY, MARYLAND, ET AL. (three judgments). Cir. Ct. Anne Arundel County, Md. Certiorari denied.

No. 02–1209. DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC v. POWE ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1210. MAHARAJ, EXECUTRIX OF THE ESTATE OF MONGA v. OTTENBERG ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1220. WALMAR INVESTMENT CO. v. BRUNJES ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.